UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x
Udo Drescher,

                          **Plaintiff,**                  **NOTICE OF APPEARANCE**

    -against-

The City of New York, et al.,                                  05 CV 7541(SHS)

                              **Defendants.**
------------------------------------------------------------------------ x

      **PLEASE TAKE NOTICE** that **Jay A. Kranis**, Senior Counsel, hereby appears on behalf of Michael A. Cardozo, Corporation Counsel of the City of New York, attorney for defendant The City of New York.

Dated:  New York, New York
         October 12, 2005

                                            MICHAEL A. CARDOZO
                                            Corporation Counsel
                                                of the City of New York
                                            Attorney for Defendant The City of New York
                                            100 Church Street
                                            New York, New York 10007
                                            (212) 788-8683

                                  By:      _____/s/_____
                                            Jay A. Kranis (JK2576)
                                            Senior Counsel
                                            Special Federal Litigation Division

To:     Udo Drescher
         513 East 11th Street, #82
         New York, NY 10009-9007