**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------ x
UDO DRESCHER,

                    Plaintiff,          05 CV 7541 (KMK)

    -versus-

THE CITY OF NEW YORK, et al.,

                    Defendants.
------------------------------------------------------------------------ x

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Fred M. Weiler hereby appears on behalf of Michael A. Cardozo, Corporation Counsel of the City of New York, attorney for Defendant The City of New York, effective this date. Please serve a copy of all papers to be served in this matter, by ECF or otherwise, on appearing counsel.

Dated:     New York, New York
             December 13, 2005

                                      MICHAEL A. CARDOZO
                                      Corporation Counsel of the City of New York
                                      *For Defendant The City of New York*


                        By:  _____/s/_____
                             Fred M. Weiler (FW 5864)
                             Assistant Corporation Counsel
                             Special Federal Litigation
                             100 Church Street, Room 3-132
                             New York, New York 10007
                             212.788.1817 (ph)
                             212.788.9776 (fax)


cc:  All Parties (by ECF)