UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Schiller

                Plaintiff.

-v-

The City of New York, et al,

                Defendants..

Case No.
04-cv-7922 (KMK)

AMENDED CONSOLIDATION ORDER

SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/22/05

KENNETH M. KARAS, District Judge:

      To date, the attached list of cases have been assigned and reassigned to this Court as related to the protest activity and arrests during the 2004 Republican National Convention. These cases are hereby consolidated with 04 cv 7922, *Schiller v. City of New York*, for discovery purposes as related to the protest activity and arrests during the 2004 Republican National Convention and is referred to Magistrate Judge Francis for discovery

Dated: December 20, 2005
New York, New York

KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE

*Additional Cases to be consolidated with 04 cv 7922 Schiller-v-NYC- as of December 16, 2005*

| Case | Number |
|---|---|
| *Drescher-v-NYC* | 05 cv 7541 |
| *Cooper-v-NYC* | 05 cv 7576 |
| *Miller-v-NYC* | 05 cv 7628 |
| *Sloan-v- The City of NY* | 05 cv 7668 |
| *Galitzer v. The City* | 05 cv 7669 |
| *Huffman v. The City* | 05 cv 7671 |
| *Carney v. The City* | 05 cv 7672 |
| *Alberton-v- City* | 05 Civ 7692 |
| *Karlin-v-Murtagh* | 05 cv 7789 |
| *Grisham-v-The City of New York* | 05 cv 8434 |
| *Abdell-v-City* | 05 cv 8453 |
| *Zimmerman-v-Ames* | 05 cv 8483 |
| *Eastwood-v-NYC* | 05 cv 9483 |
| *Alexander-v-City* | 05 cv 9886 |
| *Portera-v-City* | 05 cv 9985 |
| *Reuben -v-City* | 05 cv 9987 |
| *Sutter-v-City* | 05 cv 9989 |

| | |
|---|---|
| *Wilcox-v-City* | *05 cv 9990* |
| *Emmer-v-City* | *05 cv 9993* |
| *Fox -v-City* | *05 cv 9999* |
| *Carranza-v-City* | *05 cv 10010* |
| *Scharf-v-City* | *05 cv 10012* |
| *Conley-v-City* | *05 cv 10024* |