

**MEMO ENDORSED**

MICHAEL A. CARDOZO
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

FRED M. WEILER
*Special Federal Litigation Division*
*TEL: 212-788-1817*
*FAX: 212-788-9776*

August 8, 2006

**BY HAND**
The Honorable James C. Francis IV
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York, 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/9/06
```

Re:   Drescher v. City of New York et al, 05 CV 7541 (KMK) (JCF)

Dear Judge Francis:

On behalf of plaintiff and defendants, I write to request a modification of the Case Management Order (CMO) in the above-captioned case, which currently provides for a fact-discovery cut-off date of September 1, 2006. The parties are working on the consolidated witness depositions, which are continuing, and responding to Interrogatories and Requests for Documents. Both sides need additional time for other discovery, including depositions of non-consolidated witnesses and parties. Accordingly, plaintiff and defendants jointly request that the Court grant a 3-month extension on all deadlines in the CMO in this case. If this meets with your approval, would you please "so order" it?

Thank you for your time and consideration.

Respectfully submitted,

Fred M. Weiler (FW 5864)
Assistant Corporation Counsel

8/9/06
Application granted.
SO ORDERED.
James C. Francis IV
USMJ

cc:   Udo Drescher, pro se (via e-mail)