

**Udo M. Drescher**
513 East 11th Street Apt. B 2
New York, NY 10009
Phone 646 283-7885
E-mail: udrescher@pipeline.com

**MEMO ENDORSED**

November 2, 2006

**By US Postal Service**
The Honorable James C. Francis IV
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York   NY   10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/7/06
```

Re:   Drescher v. City of New York et al. 05 CV 7541 (KMK) (JCF)

Dear Judge Francis:

On behalf of the defendants and myself I write to request a modification of the case management order, which currently provides for a fact-discovery cutoff date of December 1, 2006. The consolidated discovery efforts are still under way and predictably will continue for some time. Granting the parties in this single-plaintiff litigation this second extension of time will allow some of the contested discovery issues to be resolved in the context of the consolidated proceedings and, as a result, minimize the number of discovery disputes and thus the need to seek relief from the court. Both sides need additional time to continue and conclude discovery. Therefore, both plaintiff and defendants jointly seek an additional 3-month extension of all deadlines in the case management order in this matter.

We respectfully request that you "so order" this application if you deem it acceptable.

Sincerely,

Udo M. Drescher (UD 9748)
Pro-Se Plaintiff

Cc: Fred Weiler, Esq. (by electronic mail)

11/7/07
Application granted.
SO ORDERED.
James C. Francis IV
USMJ