UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------x
UDO DRESCHER,

                Plaintiff,                **05 Civ. 7451 (KMK)(JCF)**

                                          **NOTICE OF APPEARANCE**

    -against-

THE CITY OF NEW YORK, et al.

                Defendants
-------------------------------------------------------------------------x

      PLEASE TAKE NOTICE that Jeffrey A. Rothman hereby enters his appearance as counsel on behalf of the plaintiff, Udo Drescher, in this matter.

      I certify that I am admitted to practice before this court.


Dated:      New York, New York
              December 8, 2006

                                        _____/S/_____
                                        Jeffrey A. Rothman, Esq.
                                        [JR-0398]
                                        315 Broadway, Suite 200
                                        New York, NY 10007
                                        Tel.: (212) 227-2980; Cell: (516) 455-6873
                                        Fax: (212) 591-6343

                                        Attorney for Plaintiff Udo Drescher