UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

| | |
|---|---|
| JEFFREY PHILLIPS, et al. | 05 Civ. 7624 (KMK)(JCF) |
| SARAH COBURN, et al. | 05 Civ. 7623 (KMK) (JCF) |
| UDO DRESCHER, | 05 Civ. 7541 (KMK)(JCF) |

                        Plaintiffs,             **ECF CASE**

     -against-

THE CITY OF NEW YORK, et al.

                        Defendants.
-------------------------------------------------------------X

        **PLEASE TAKE NOTICE** that upon the accompanying memorandum of law and upon all the papers and proceedings had herein, the undersigned will move this Court, before the Honorable James C. Francis IV, at the United States Courthouse for the Southern District of New York, located at 500 Pearl Street, New York, New York, on a date to be determined by the Court, for an Order permitting Plaintiffs in the <u>Phillips, et al.</u> case to file a First Amended Complaint, permitting Plaintiffs in the <u>Coburn, et al.</u> case to file a Second Amended Complaint, and permitting Plaintiff Udo Drescher to file a First Amended Complaint in the <u>Drescher</u> case.

Dated:      New York, New York
            August 29, 2007

                        _____/S/_____
                        JEFFREY A. ROTHMAN, Esq.
                        (JR-0398)
                        315 Broadway, Suite 200
                        New York, New York 10007
                        (212) 227-2980
                        Attorney for Plaintiffs

TO:    MICHAEL CARDOZO

Corporation Counsel of the
City of New York
100 Church Street
New York, New York 10007
Attn:   James Mirro, Esq. (by email)
        Fred Weiler, Esq. (by email)

*Attorneys for Defendants*