UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

| | |
|---|---|
| JEFFREY PHILLIPS, et al. | 05 Civ. 7624 (KMK)(JCF) |
| SARAH COBURN, et al. | 05 Civ. 7623 (KMK) (JCF) |
| UDO DRESCHER, | 05 Civ. 7541 (KMK)(JCF) |
| Plaintiffs, | ECF CASE |

-against-

THE CITY OF NEW YORK, et al.

                Defendants.
------------------------------------------------------------------X

**DECLARATION OF JEFFREY ROTHMAN IN SUPPORT OF PLAINTIFFS' MOTION FOR LEAVE TO FILE A FIRST AMENDED COMPLAINT IN THE <u>PHILLIPS, ET AL.</u> CASE, TO FILE A SECOND AMENDED COMPLAINT IN THE <u>COBURN, ET AL.</u> CASE, AND TO FILE A FIRST AMENDED COMPLAINT IN THE <u>DRESCHER</u> CASE**

    Jeffrey Rothman, an attorney duly admitted to practice in this Court, pursuant to 28 U.S.C. § 1746, declares as follows:

    1.    I am counsel for plaintiffs in the above captioned actions and submit this declaration in support of Plaintiffs' motion for leave to file a First Amended Complaint in the <u>Phillips, et al.</u> case, to file a Second Amended Complaint in the <u>Coburn, et al.</u> case, and to file a First Amended Complaint in the <u>Drescher</u> case.

    2.    The following exhibits, cited in support of plaintiffs' motion for leave to amend, are attached hereto:

**Exhibit A**    Proposed First Amended Complaint in <u>Phillips</u> (a version with red "track changes" is included along with the final version for the Court's convenience)

**Exhibit B**    Proposed Second Amended Complaint in <u>Coburn</u> (a version with red "track changes" is included along with the final version for the Court's convenience);

**Exhibit C**    Proposed First Amended Complaint in <u>Drescher</u> (a version with red "track

changes" is included along with final version for the Court's convenience);

Dated:     New York, New York
           August 29, 2007

                                                  _____/S/_____
                                                  JEFFREY A. ROTHMAN, Esq.
                                                  (JR-0398)
                                                  315 Broadway, Suite 200
                                                  New York, New York 10007
                                                  (212) 227-2980
                                                  Attorney for Plaintiffs


TO:    MICHAEL CARDOZO
       Corporation Counsel of the
       City of New York
       100 Church Street
       New York, New York 10007
       Attn:   James Mirro, Esq. (by email)
               Fred Weiler, Esq. (by email)

       *Attorneys for Defendants*