**United States District Court**
Southern District of New York
Office of the Clerk
U.S. Courthouse
300 Quarropas Street, White Plains, N.Y. 10601



------------------------------------X
Drescher

                                    NOTICE OF REASSIGNMENT

          -V-

                              1:05 cv.  7541 (RJS)

City of N.Y.
------------------------------------X


          Pursuant to the memorandum of the Case Processing Assistant
the above entitled action is reassigned to the  calendar of

     JUDGE:  Richard J. Sullivan

          All future documents submitted in this action shall bear the
assigned judge's initials after the case number.  If this case is
assigned to the Electronic Case Filing (ECF) system, documents
must be submitted electronically, and shall also bear the
notation "ECF CASE" under the docket number.

          The attorney(s) for the plaintiff(s) are requested to serve
a copy of the Notice of Reassignment on all defendants.


                                   J. Michael McMahon, CLERK

Dated:10/2/07
                              by:  _____
                                        Deputy Clerk


CC:  Attorneys of Record



i:forms\assign\reass.wpd
WP REASSIGNMENT FORM


                                        Revised: September 9, 2004