UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

RNC CONSOLIDATED CASES,              **DECLARATION OF**
**RAJU SUNDARAN**

(RJS)(JCF)

------------------------------------------------------------------------ x

    RAJU SUNDARAN, an attorney duly admitted to practice in the United States District Court for the Southern District of New York, declares under penalty of perjury and pursuant to 28 U.S.C. §1746 that the following is true and correct:

    1.    I am an Assistant Corporation Counsel in the office of MICHAEL A. CARDOZO, Corporation Counsel of the City of New York, attorney for defendants.

    2.    I am familiar with the facts and circumstances stated herein based upon personal knowledge, the books and records of the City of New York, and conversations with its agents and employees. I submit this declaration in support of defendants' memorandum of law in support of defendants' appeal from the order of Magistrate Judge James C. Francis IV's, dated January 23, 2008, granting plaintiffs' motions to amend in part.

    3.    Annexed hereto as <u>Exhibit A</u> is the Case Management Order, entered May 26, 2005, in <u>MacNamara, et al. v. City of New York, et al.</u>, 04 CV 9216 (RJS)(JCF) specifically setting forth the deadline for filing any amended complaints.

    4.    Annexed hereto as <u>Exhibit B</u> is the Amended Case Management Order, entered November 9, 2005, in <u>MacNamara, et al. v. City of New York, et al.</u>, 04 CV 9216 (RJS)(JCF) specifically setting forth the deadline for filing any amended complaints.

-2-

5. Annexed hereto as <u>Exhibit C</u> is Discovery Order #1, entered October 3, 2005, in all RNC actions concerning consolidated discovery and modeling other CMOs in the remaining RNC cases on the <u>MacNamara</u> CMO.

6. Annexed hereto as <u>Exhibit D</u> is Defendants' Memorandum of Law in Partial Opposition to Plaintiffs' Motions to File Amended Complaints, filed October 24, 2007, concerning RNC cases in <u>Grosso</u>; <u>MacNamara</u>; <u>Portera</u>; <u>Rechtschaffer</u>; <u>Bastidas</u>; <u>Xu</u>; <u>Sloan</u>; <u>Galitzer</u>; <u>Sikelianos</u>; <u>Coburn</u>; <u>Drescher</u>; <u>Phillips</u>; <u>Abdell</u>; <u>Adams</u>; <u>Araneda</u>; <u>Eastwood</u>; <u>Bell</u>; <u>Cohen</u>; <u>Dudek</u>; <u>Lee</u>; <u>Starin</u>; <u>Bunim</u>; <u>Kalra</u>; <u>Ryan</u>; <u>Garbini</u>; <u>Greenwald</u>; <u>Pickett</u>; <u>Tremayne</u>; <u>Biddle</u>; <u>Moran</u>; <u>Botbol</u>; <u>Crotty</u>; <u>Stark</u>; <u>Lalier</u>; and <u>Tikkun</u>.

7. Annexed hereto as <u>Exhibit E</u> is the Order of Magistrate Judge James C. Francis IV, entered January 23, 2008, which Defendants appeal under Rule 72 of the Federal Rules of Civil Procedure.

8. Annexed hereto as <u>Exhibit F1</u> is the proposed Second Amended Complaint in <u>MacNamara, et al. v. City of New York, et al.</u>, 04 CV 9216 (RJS)(JCF).

9. Annexed hereto as <u>Exhibit F2</u> is the proposed First Amended Complaint in <u>Rechtschaffer v. City of New York, et al.</u>, 05 CV 9930 (RJS)(JCF).

10. Annexed hereto as <u>Exhibit F3</u> is the proposed First Amended Complaint in <u>Portera v. City of New York, et al.</u>, 05 CV 9985 (RJS)(JCF).

11. Annexed hereto as <u>Exhibit F4</u> is the proposed Fourth Amended Complaint in <u>Bunim, et al. v. City of New York, et al.</u>, 05 CV 1562 (RJS)(JCF).

12. Annexed hereto as <u>Exhibit F5</u> is the proposed Fourth Amended Complaint in <u>Kalra, et al. v. City of New York, et al.</u>, 05 CV 1563 (RJS)(JCF).

13. Annexed hereto as <u>Exhibit F6</u> is the proposed Fourth Amended Complaint in <u>Ryan</u>, *et al.* v. <u>City of New York</u>, *et al.*, 05 CV 1564 (RJS)(JCF).

14. Annexed hereto as <u>Exhibit F7</u> is the proposed Fourth Amended Complaint in <u>Garbini</u>, *et al.* v. <u>City of New York</u>, *et al.*, 05 CV 1565 (RJS)(JCF).

15. Annexed hereto as <u>Exhibit F8</u> is the proposed Fourth Amended Complaint in <u>Greenwald</u>, *et al.* v. <u>City of New York</u>, *et al.*, 05 CV 1566 (RJS)(JCF).

16. Annexed hereto as <u>Exhibit F9</u> is the proposed Fourth Amended Complaint in <u>Pickett</u>, *et al.* v. <u>City of New York</u>, *et al.*, 05 CV 1567 (RJS)(JCF).

17. Annexed hereto as <u>Exhibit F10</u> is the proposed Fourth Amended Complaint in <u>Tremayne</u>, *et al.* v. <u>City of New York</u>, *et al.*, 05 CV 1568 (RJS)(JCF).

18. Annexed hereto as <u>Exhibit F11</u> is the proposed Fourth Amended Complaint in <u>Biddle</u>, *et al.* v. <u>City of New York</u>, *et al.*, 05 CV 1570 (RJS)(JCF).

19. Annexed hereto as <u>Exhibit F12</u> is the proposed Fourth Amended Complaint in <u>Moran</u>, *et al.* v. <u>City of New York</u>, *et al.*, 05 CV 1571 (RJS)(JCF).

20. Annexed hereto as <u>Exhibit F13</u> is the proposed Fourth Amended Complaint in <u>Botbol</u>, *et al.* v. <u>City of New York</u>, *et al.*, 05 CV 1572 (RJS)(JCF).

21. Annexed hereto as <u>Exhibit F14</u> is the proposed Fourth Amended Complaint in <u>Crotty</u>, *et al.* v. <u>City of New York</u>, *et al.*, 05 CV 7577 (RJS)(JCF).

22. Annexed hereto as <u>Exhibit F15</u> is the proposed Third Amended Complaint in <u>Stark</u>, *et al.* v. <u>City of New York</u>, *et al.*, 05 CV 7579 (RJS)(JCF).

23. Annexed hereto as <u>Exhibit F16</u> is the proposed Fourth Amended Complaint in <u>Lalier</u>, *et al.* v. <u>City of New York</u>, *et al.*, 05 CV 7580 (RJS)(JCF).

24. Annexed hereto as <u>Exhibit F17</u> is the proposed Third Amended Complaint in <u>Grosso v. City of New York</u>, *et al.*, 05 CV 5080 (RJS)(JCF).

25. Annexed hereto as <u>Exhibit F18</u> is the proposed Fourth Amended Complaint in <u>Dudek v. City of New York</u>, *et al.*, 04 CV 10178 (RJS)(JCF).

26. Annexed hereto as <u>Exhibit F19</u> is the proposed Fifth Amended Complaint in <u>Bell v. City of New York</u>, *et al.*, 05 CV 3705 (RJS)(JCF).

27. Annexed hereto as <u>Exhibit F20</u> is the proposed Fourth Amended Complaint in <u>Starin v. City of New York</u>, *et al.*, 05 CV 5152 (RJS)(JCF).

28. Annexed hereto as <u>Exhibit F21</u> is the proposed Fourth Amended Complaint in <u>Lee v. City of New York</u>, *et al.*, 05 CV 5528 (RJS)(JCF).

29. Annexed hereto as <u>Exhibit F22</u> is the proposed First Amended Complaint in <u>Cohen v. City of New York</u>, *et al.*, 05 CV 6780 (RJS)(JCF).

30. Annexed hereto as <u>Exhibit F23</u> is the proposed First Amended Complaint in <u>Phillips</u>, *et al.* v. <u>City of New York</u>, *et al.*, 05 CV 7624 (RJS)(JCF).

31. Annexed hereto as <u>Exhibit F24</u> is the proposed Second Amended Complaint in <u>Coburn</u>, *et al.* v. <u>City of New York</u>, *et al.*, 05 CV 7623 (RJS)(JCF).

32. Annexed hereto as <u>Exhibit F25</u> is the proposed First Amended Complaint in <u>Drescher v. City of New York</u>, *et al.*, 05 CV 7541 (RJS)(JCF).

33. Annexed hereto as <u>Exhibit F26</u> is the proposed Second Amended Complaint in <u>Bastidas</u>, *et al.* v. <u>City of New York</u>, *et al.*, 05 CV 7670 (RJS)(JCF).

34. Annexed hereto as <u>Exhibit F27</u> is the proposed Second Amended Complaint in <u>Xu</u>, *et al.* v. <u>City of New York</u>, *et al.*, 05 CV 7672 (RJS)(JCF).

35. Annexed hereto as Exhibit F28 is the proposed Second Amended Complaint in Sloan, et al. v. City of New York, et al., 05 CV 7668 (RJS)(JCF).

36. Annexed hereto as Exhibit F29 is the proposed Second Amended Complaint in Galitzer v. City of New York, et al., 05 CV 7669 (RJS)(JCF).

37. Annexed hereto as Exhibit F30 is the proposed First Amended Complaint in Sikelianos v. City of New York, et al., 05 CV 7673 (RJS)(JCF).

38. Annexed hereto as Exhibit F31 is the proposed Third Amended Complaint in Abdell, et al. v. City of New York, et al., 05 CV 8453 (RJS)(JCF).

39. Annexed hereto as Exhibit F32 is the proposed Third Amended Complaint in Adams, et al. v. City of New York, et al., 05 CV 9484 (RJS)(JCF).

40. Annexed hereto as Exhibit F33 is the proposed First Amended Complaint in Araneda, et al. v. City of New York, et al., 05 CV 9738 (RJS)(JCF).

41. Annexed hereto as Exhibit F34 is the proposed First Amended Complaint in Eastwood, et al. v. City of New York, et al., 05 CV 9483 (RJS)(JCF).

42. Annexed hereto as Exhibit F35 is the proposed First Amended Complaint in Tikkun v. City of New York, et al., 05 CV 9901 (RJS)(JCF).

43. I certify that the documents attached as Exhibits A through F35 to this declaration are true and correct copies of the original documents.

Dated: New York, New York
  February 25, 2008

/s/
RAJU SUNDARAN (RS 8011)
Assistant Corporation Counsel