

**THE CITY OF NEW YORK**

MICHAEL A. CARDOZO
*Corporation Counsel*

# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

RAJU SUNDARAN
*Assistant Corporation Counsel*
Telephone: (212) 788-0467
Facsimile: (212) 788-9776
rsundara@law.nyc.gov

March 12, 2008

**VIA HAND DELIVERY**

The Honorable Richard J. Sullivan
United States District Judge, Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

J. Michael McMahon, Clerk of the Court
United States District Judge, Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312



*Re:*  **RNC Consolidated Cases (RJS)(JCF)**

Dear Judge Sullivan and Mr. McMahon:

After consulting with Ms. Levine from Your Honor's chambers, defendants request permission to file one hard copy set of exhibits with the Clerk's office in connection with their Rule 72 objections to the January 23, 2008 Order of Magistrate Judge James C. Francis IV. Defendants have already filed and served their Memorandum of Law and Declaration in support via ECF in each of these 35 cases. Defendants request that this single set of exhibits be docketed in all RNC cases listed on the attached appendix in order to have a complete record in the event of an appeal. Due to their bulk, Your Honor previously excused defendants from filing their exhibits via ECF by order dated March 3, 2008. A copy of that order (and appendix) is attached for the convenience of Your Honor and the Clerk's office.

Hon. Richard J. Sullivan
March 12, 2008
Page 2 of 2

If this meets with Your Honor's approval, would you kindly "so order" it? Thank you.

Respectfully submitted,

*[signature]*

Raju Sundaran (RS 8011)

cc:   RNC Distribution List (via email)

---

*[Handwritten order:]* Defendants' request is Granted. Defendants shall also submit a set of the exhibits as courtesy copies to chambers

SO ORDERED
Dated: 3/14/08
RICHARD J. SULLIVAN
U.S.D.J.

Appendix of Cases On Appeal Of January 23, 2008 Order

1. MacNamara, et al. v. City of New York, et al., 04 CV 9216 (RJS)(JCF).

2. Rechtschaffer v. City of New York, et al., 05 CV 9930 (RJS)(JCF).

3. Portera v. City of New York, et al., 05 CV 9985 (RJS)(JCF).

4. Bunim, et al. v. City of New York, et al., 05 CV 1562 (RJS)(JCF).

5. Kalra, et al. v. City of New York, et al., 05 CV 1563 (RJS)(JCF).

6. Ryan, et al. v. City of New York, et al., 05 CV 1564 (RJS)(JCF).

7. Garbini, et al. v. City of New York, et al., 05 CV 1565 (RJS)(JCF).

8. Greenwald, et al. v. City of New York, et al., 05 CV 1566 (RJS)(JCF).

9. Pickett, et al. v. City of New York, et al., 05 CV 1567 (RJS)(JCF).

10. Tremayne, et al. v. City of New York, et al., 05 CV 1568 (RJS)(JCF).

11. Biddle, et al. v. City of New York, et al., 05 CV 1570 (RJS)(JCF).

12. Moran, et al. v. City of New York, et al., 05 CV 1571 (RJS)(JCF).

13. Botbol, et al. v. City of New York, et al., 05 CV 1572 (RJS)(JCF).

14. Crotty, et al. v. City of New York, et al., 05 CV 7577 (RJS)(JCF).

15. Stark, et al. v. City of New York, et al., 05 CV 7579 (RJS)(JCF).

16. Lalier, et al. v. City of New York, et al., 05 CV 7580 (RJS)(JCF).

17. Grosso v. City of New York, et al., 05 CV 5080 (RJS)(JCF).

18. Dudek v. City of New York, et al., 04 CV 10178 (RJS)(JCF).

19. Bell v. City of New York, et al., 05 CV 3705 (RJS)(JCF).

20. Starin v. City of New York, et al., 05 CV 5152 (RJS)(JCF).

21 Lee v. City of New York, et al., 05 CV 5528 (RJS)(JCF).

22. Cohen v. City of New York, et al., 05 CV 6780 (RJS)(JCF).

23. Phillips, et al. v. City of New York, et al., 05 CV 7624 (RJS)(JCF).

24. Coburn, et al. v. City of New York, et al., 05 CV 7623 (RJS)(JCF).

25. Drescher v. City of New York, et al., 05 CV 7541 (RJS)(JCF).

26. Bastidas, et al. v. City of New York, et al., 05 CV 7670 (RJS)(JCF).

27. Xu, et al. v. City of New York, et al., 05 CV 7672 (RJS)(JCF).

28. Sloan, et al. v. City of New York, et al., 05 CV 7668 (RJS)(JCF).

29. Galitzer v. City of New York, et al., 05 CV 7669 (RJS)(JCF).

30. Sikelianos v. City of New York, et al., 05 CV 7673 (RJS)(JCF).

31. Abdell, et al. v. City of New York, et al., 05 CV 8453 (RJS)(JCF).

32. Adams, et al. v. City of New York, et al., 05 CV 9484 (RJS)(JCF).

33. Araneda, et al. v. City of New York, et al., 05 CV 9738 (RJS)(JCF).

34. Eastwood, et al. v. City of New York, et al., 05 CV 9483 (RJS)(JCF).

35. Tikkun v. City of New York, et al., 05 CV 9901 (RJS)(JCF).