UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -:
UDO DRESCHER,                       : 05 Civ. 7541 (RJS) (JCF)
                                    :
                Plaintiff,          :         O R D E R
                                    :
     - against -                    :
                                    :
THE CITY OF NEW YORK, et al.,       :
                                    :
                Defendants.         :
- - - - - - - - - - - - - - - - - -:
JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/28/08

Defendants having moved by letter dated January 22, 2008 for an order dismissing plaintiff Udo Drescher's claims of physical injury and compelling discovery, it is hereby ORDERED as follows:

1. Defendants' application to dismiss plaintiff's physical injury claims is denied. Plaintiff provided the requested releases. If there is a dispute concerning whether and how plaintiff should be redeposed, I will address that issue when it is ripe.

2. Defendants' request for an order limiting plaintiff's introduction of clothing as evidence at trial is denied. This issue was improperly raised for the first time in defendants' reply letter. In any event, the application is properly addressed to Judge Sullivan at the time of trial.

SO ORDERED.

*James C. Francis IV*
JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

1

```
Dated:     New York, New York
           March 27, 2008
```

Copies mailed this date:

Jeffrey A. Rothman, Esq.
315 Broadway, Suite 200
New York, New York 10007

Odile L. Farrell, Esq.
Randall M. Elfenbein, Esq.
Assistant Corporation Counsel
100 Church Street
New York, New York 10007